**Order entered November 2, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00329-CR

**EARNEST DEWAYNE CLAYTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Rockwall County, Texas**
**Trial Court Cause No. CR17-2027**

## ORDER

Earnest Dewayne Clayton appeals his conviction for driving while intoxicated. In his brief, appellant complains that, among other things, the trial court erred by failing to file findings of fact and conclusions of law when timely requested to do so. The clerk's record confirms that appellant filed a May 5, 2021 request for findings of fact and conclusions of law after the trial court denied his motion to suppress, as well as a May 26, 2021 motion to enter findings of fact and conclusions of law.

We **ORDER** the Honorable J. Brian Williams**,** Presiding Judge, County Court at Law No. 1, Rockwall County, to issue, **on or before November 24, 2021**, findings of fact and conclusions of law.  *See State v. Elias*, 339 S.W.3d 667, 674 (Tex. Crim. App. 2011); *State v. Cullen*, 195 S.W.3d 696, 699 (Tex. Crim. App. 2006).  If necessary, the judge may review the reporter's record of the testimony upon which the original ruling was made to refresh his recollection of the reasons behind such ruling.  *See Wicker v. State*, 740 S.W.2d 779, 784 (Tex. Crim. App. 1987).

We **ORDER** Rockwall County Clerk Jennifer Fogg to file a supplemental clerk's record containing the trial court's findings and conclusions **on or before November 30, 2021**.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable J. Brian Williams**,** Presiding Judge, County Court at Law No. 1, Rockwall County; Dallas County Clerk Jennifer Fogg; and counsel for the parties.

We **ABATE** the appeal to allow the trial court an opportunity to comply with this order.  It shall be reinstated when the supplemental clerk's record is filed or by November 30, 2021, whichever is earlier.

/s/     LANA MYERS
JUSTICE